■ CLYDE WASHBURN, Appellant-Respondent, v CITIBANK (SOUTH DAKOTA), N. A., Respondent-Appellant.—Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in granting plaintiff's cross motion to amend his complaint to assert a cause of action for negligent misrepresentation. While leave to amend pleadings is to be freely given *(see,* CPLR 3025 [b]; *Brinati v Southlake Props. Corp.,* 162 AD2d 961), where, as here, the proposed amendment manifestly lacks merit or is "palpably insufficient on [its] face", it is improvident for the court to grant leave to amend *(Mathieson v Mead,* 168 AD2d 736, 737). Therefore, we modify the order of Supreme Court by denying plaintiff's cross motion to amend his complaint to assert a cause of action for negligent misrepresentation. In all other respects, the order is affirmed. (Appeals from Order of Supreme Court, Monroe County, Calvaruso, J.—Dismiss Cause of Action.) Present—Denman, P. J., Boomer, Green, Balio and Davis, JJ.